UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: GLYBURIDE CASES | |
| THIS DOCUMENT RELATES TO:<br><br>ALL STATE ATTORNEYS GENERAL ACTIONS | 16-GL-27244<br><br>September 6, 2017 |

### NOTICE OF DEFENDANTS

Pursuant to paragraph 11 of the Court's Pretrial Order No. 33, the State Attorneys General provide the following list of all Defendants against whom they have alleged claims concerning Glyburide:

    **AUROBINDO PHARMA USA, INC.**
    **CITRON PHARMA, LLC**
    **HERITAGE PHARMACEUTICALS, INC.**
    **TEVA PHARMACEUTICALS USA, INC.**

                                          On Behalf of the State Attorneys General,

                                          PLAINTIFF
                                          STATE OF CONNECTICUT
                                          GEORGE JEPSEN
                                          ATTORNEY GENERAL

                    BY:      /s/ W. Joseph Nielsen
                                         W. Joseph Nielsen
                                         Federal Bar No. ct20415
                                         Assistant Attorney General
                                         55 Elm Street, P.O. Box 120
                                         Hartford, CT  06141-0120
                                         Tel: (860) 808-5040
                                         Fax: (860) 808-5391
                                         Joseph.Nielsen@ct.gov

2

**CERTIFICATION**

    I hereby certify that on September 6, 2017, I caused the foregoing Notice of Defendants to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

                                                /s/ W. Joseph Nielsen\_\_\_
                                                W. Joseph Nielsen
                                                Assistant Attorney General